IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, PAINTERS DISTRICT COUNCIL NO. 58, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES PENSION FUND, PAINTERS AND GLAZIERS OF CENTRAL AND SOUTHERN ILLINOIS HEALTH AND WELFARE FUND, PAINTERS DISTRICT COUNCIL 58 401(k) TRUST FUND, PAINTERS DISTRICT COUNCIL #58 APPRENTICESHIP AND TRAINING FUND, and PAINTERS-EMPLOYERS COOPERATIVE TRUST OF ILLINOIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  NO. 10-cv-354-JPG-SCW ) |
| CCR, INC. and SAMMIE WASHINGTON, individually, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  December 8, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY: s/ Jina Hoyt, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE